■ ALLAN PANCEREV et al., Respondents, v. STATE OF NEW YORK, Appellant.— Order affirmed, with costs. All concur, except Williams, P. J., and Henry, J., who dissent and vote to reverse in the same Memorandum as in the companion case of *Pancerev* v. *State of New York* (23 A D 2d 818). (Appeal from order of Court of Claims denying defendant's motion to set aside the judgment on the ground of newly discovered evidence.) Present — Williams, P. J., Goldman, Henry, Noonan and Del Vecchio, JJ.

■ FRANCES D. GRANT, Appellant, v. JAMES F. GRANT, Respondent.— Order unanimously reversed, without costs of this appeal to either party, and matter remitted to Special Term for further proceedings in accordance with the Memorandum. Memorandum: The proof before the court on this motion presents questions of fact which should be resolved only after a hearing. (Cf. *People ex rel. London* v. *London*, 9 A D 2d 663.) If either party desires to modify the provisions of the divorce decree relating to custody and support of the children, a motion therefor should be joined with the pending motion. (Appeal from order of Oswego Special Term restraining plaintiff from removing issue of marriage.) Present — Bastow, J. P., Goldman, Henry, Noonan and Del Vecchio, JJ.